Bernard A. Ditsch v. Ellen Ditsch.— Motion granted.

Arnold W. Schlichte v. John A. Donnegan.— Motion granted, with ten dollars costs.

Helen S. Goold v. New York, New Haven and Hartford Railroad Company. Dezzo Fuchs v. North German-Lloyd Steamship Company. Runkel Brothers v. James T. Caparell. Simon Horowitz v. Harris Bronstein.— Applications for leave to appeal from Appellate Term denied, with ten dollars costs in each case. Orders signed.

Joseph Jonasson v. Levi C. Weir.— Motion denied, with ten dollars costs.

George H. Montrose v. Michael Levenson.— Application denied, with ten dollars costs. Order signed.

Benoit Wasserman v. Edith S. Jacobs.— Motion denied, with ten dollars costs.

Clarence L. Barber v. Charles H. Ellingwood (2 cases).— Motions denied, with ten dollars costs.

Warren F. Hayes v. Elmer Apperson.— Motion denied, with ten dollars costs. Settle order on notice.

Charles J. Breck v. United States Title Guaranty Company.— Motion granted. Settle order on notice.

John Morrison v. Elverton R. Chapman.— Motion denied, with ten dollars costs. Settle order on notice.

In the Matter of Public Service Commission. In the Matter of Manhattan Bridge Route. In the Matter of Canal Street Route. In the Matter of River Avenue, etc.— Motions granted. Settle orders on notice.

A. Spadone v. H. D. Warren.— Motion dismissed.

Maggie Cordona, as Administratrix, etc., of Fioro Cordona, Deceased, Respondent, v. Pierre Aguado, Appellant.— Judgment and order reversed and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to $5,000, including costs, etc., in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

David Hordern, Appellant, v. The Salvation Army, Respondent.— Judgment affirmed, with costs, on 124 Appellate Division, 674.

The People of the State of New York ex rel. Lydia A. Dent, Relator, v. John N. Bogart, Commissioner of Licenses for the City of New York, Respondent.— Writ sustained and proceedings annulled, with fifty dollars costs and disbursements. No opinion. Settle order on notice.

Francesco Toscano, Appellant, v. Leon Lanrowitz and Morris Fine, Respondents. (No. 2.)— Judgment affirmed, with costs. No opinion.

Emanuel Ettenheimer, Respondent, v. Mary Schafer, Appellant.— Judgment and order affirmed, with costs. No opinion.

Jacob Weis, Respondent, v. Bernard Edelstein, Appellant, Impleaded with Aaron T. Bauer.— Judgment and order affirmed, with costs. No opinion.

John Sparhawk, Jr., as Trustee in Bankruptcy of the Estate of Charles M. Stoever, Bankrupt, Appellant, v. Gillin Printing Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Regina Armstrong Niehaus, Respondent, v. Charles Henry Niehaus, Appellant.— Judgment affirmed, with costs. No opinion.